# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY KORENEFF-DALE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC., a Wisconsin corporation; GRINNELL FIRE PROTECTION SOLUTIONS LLC, a Delaware limited liability company; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:19-cv-02893 DSF (PLAx)<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>District Judge: Hon. Dale S. Fischer<br>Courtroom 7D, First St.<br>Magistrate Judge: Hon. Paul L. Abrams<br>Courtroom 780, Roybal<br><br>Discovery Cutoff: None Set<br>Trial Date: None Set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective order is **granted.**

**IT IS SO ORDERED.**

DATED: __November 12__ , 2019

*/s/ Paul L. Abrams*
_____
PAUL L. ABRAMS
UNITED SATES MAGISTRATE JUDGE

40689291.1